# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD E. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:07CV0023 SNL |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion to dismiss and motion for sanctions. Plaintiff, calling himself "Sramineus Homo, US Vessel," and "Libellant," has filed this frivolous and malicious lawsuit against defendant in order to harass defendant for having foreclosed on plaintiff's property and for having won several judgments against plaintiff in state court. The complaint, which invokes the bizarre, legalese-sounding gibberish common to tax protesters, is so frivolous that the Court need not discuss it at length. Consequently, defendant's motions shall be granted. The Court will dismiss this case with prejudice and order that the complaint be stricken.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss this case is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant's motion for sanctions is **GRANTED**.

**IT IS FURTHER ORDERED** that this case shall be **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the complaint shall be **STRICKEN**.

Dated this 18th day of June, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE